```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

MAGED HANNA,                      )
          Petitioner,             )
                                  )
     v.                           )  Civil Action No. 04-10121-GAO
                                  )
JOHN ASHCRFOT, et al.,            )
          Respondents.            )
```

## SERVICE ORDER

On January 20, 2004, counsel for petitioner filed a Verified Petition for a Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (With Temporary Restraining Order) (Docket No. 1). Although the Court records indicate that respondent has filed a Motion to Dismiss (Docket No. 2), the petition was never served by the Clerk.

Accordingly, the Clerk is hereby ORDERED to serve a copy of the Petition upon (i) the Office of the United States Attorney; (2) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA  02114; AND (3) Joseph F. McDonough, Sheriff, Plymouth County Correctional Facility.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>30th</u> day of <u>January</u> 2004.

                                            /s George A. O'Toole, Jr.
                                            GEORGE A. O'TOOLE, JR.
                                            UNITED STATES DISTRICT JUDGE

Case 1:04-cv-10121-GAO    Document 4    Filed 01/30/2004    Page 2 of 2