UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAGED HANNA, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. |
| v. ) | 04cv10121-GAO |
| ) | |
| JOHN ASHCROFT, U.S. ATTORNEY ) | |
| GENERAL, ET AL., ) | |
| ) | |
| Respondent. ) | |

## PETITIONER'S NON-OPPOSITION TO RESPONDENT'S MOTION TO DISMISS

Petitioner hereby states that he does not oppose Respondent's Motion to Dismiss this action.

Respectfully submitted,

Saher J. Macarius, Esq.
Attorney for Petitioner

_____
21 Walsh Street
Framingham MA 01701
508-879-4443

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2004 a copy of this document was served by mail on counsel for Respondent:

Frank Crowley
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
JFK Station
Boston MA 02114

Signed,

*[signature]*
Saher J. Macarius, Esq.
21 Walsh Street
Framingham MA 01701
508-879-4443