UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAGED HANNA
       Plaintiff(s)

v.	CIVIL ACTION NO. 04-10121-GAO

JOHN ASHCROFT, ETAL
       Defendant(s)

**JUDGMENT IN A CIVIL CASE**

    O'TOOLE   , D.J.

**G**   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the Court's Electronic Order, dated February 3, 2004, the motion to dismiss for Lack of Jurisdiction ( doc #2) is GRANTED. Therefore, this case is dismissed.

TONY ANASTAS,
CLERK OF COURT

Dated: February 4, 2004       By Paul S. Lyness
                                                           Deputy Clerk

NOTE: